

**The following constitutes the order of the court.
Signed September 26, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Paul David Cole,

          Debtor.

No. 17-41863

Chapter 7

**MEMORANDUM REGARDING § 341 MEETING**

On September 22, 2017, Debtor filed a *Request to Reschedule 341 Hearing* (doc. 26) ("the Motion"). The Court is involved neither with scheduling nor supervising these meetings, and Debtor is advised to contact the Trustee directly with any concerns regarding such meetings.

\*END OF ORDER\*

1

**COURT SERVICE LIST**

**Paul David Cole**
127 N Bella Monte
Pittsburg, CA 94565